# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CONRAD E. DOMINICUS, | ) |
| Petitioner, | ) |
| v. | ) No. 4:13-CV-359 CAS |
| IAN WALLACE, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on state prisoner Conrad E. Dominicus' action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Thomas C. Mummert, III, for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On December 17, 2015, Judge Mummert filed a Report and Recommendation of United States Magistrate Judge which recommended that Dominicus' petition for writ of habeas corpus be denied because the first, third and fourth grounds for relief are procedurally barred and may not be considered on their merits, and the second ground is without merit. No objections were filed to the Magistrate Judge's Report and Recommendation within the time permitted.

After careful review of the record, the Court concurs in the recommendation of the Magistrate Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 15]

**IT IS FURTHER ORDERED** that Conrad E. Dominicus' Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**. [Doc. 1]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

                                                                            **CHARLES A. SHAW**
                                                                            **UNITED STATES DISTRICT JUDGE**

Dated this  13th  day of January, 2016.